# IN THE JUVENILE COURT OF WILSON COUNTY, TENNESSEE

IN THE MATTER OF:　　　　　　　　　　　　　　Case No. 95JC1-2024-JD-344
C̲▉▉ W▉▉▉▉▉▉▉▉▉▉▉▉▉ AGE 15 years
A child under 18 years of age
(at the time of the offense)

CHARGE(S):　　Case 1, Count 1 - False reports (TCA 39-16-502), a Felony

## ORDER OF DISMISSAL

This matter came on to be heard on, before the Honorable David Kennedy, upon written citation heretofore filed with the Court, and all parties being before the Court as required. The Court now finds this matter should be dismissed.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that:

1. The citation filed in this case is dismissed with prejudice.

*/s/ David Kennedy*　　5/1/2025

The Honorable David Kennedy
Juvenile Court Magistrate
(T.C.A. § 16-1-115)

### NOTICE OF REQUEST FOR REVIEW BY JUDGE

Pursuant to T.C.A. § 37-1-107, an order signed by a magistrate becomes the final order of the juvenile court within ten (10) days, excluding Saturdays, Sundays and legal holidays, from the date the order is entered. A party may within ten (10) days from the date the order is entered, file a written request for review of the record by the juvenile court judge with the juvenile court clerk. The written request must include specific exceptions to the magistrate's findings, conclusions, or recommendations. Upon filing of the request, the juvenile court judge shall issue written findings, conclusions or recommendations or may schedule a new hearing of any issues the judge deems necessary with notice to all parties. A magistrate's order must be obeyed until the judge rules otherwise. ANY FAILURE TO COMPLY WITH AN ORDER IS PUNISHABLE BY CONTEMPT, FOR WHICH THE PENALTIES MAY INCLUDE A FINE AND/OR IMPRISONMENT.

### CERTIFICATION OF SERVICE

I hereby certify that a true and exact copy of the order has been delivered by United States mail, by personal service, by email or facsimile if service is so accepted, to the individuals listed below on the date this order was approved:

Savannah Coffman, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Ashley Jackson, ashley@ashleyjacksonlaw.com

*/s/ Debbie Moss*

Debbie Moss
Juvenile Court Clerk